IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZEIKOS, INC., | |
| Plaintiff, | Case No. 1:23-cv-00303 |
| v. | Hon. Virginia M. Kendall |
| WALGREEN CO., | Magistrate Judge Keri L. Holleb Hotaling |
| Defendant. | |

## WALGREEN CO.'S MOTION TO STRIKE THE DECLARATION OF WILLIAM DUNNEGAN OR, IN THE ALTERNATIVE, TO DISQUALIFY DUNNEGAN AS COUNSEL IN THIS CASE

Defendant Walgreen Co., by its undersigned counsel, respectfully moves this Court to strike the affidavit of William Dunnegan, counsel for Plaintiff Zeikos, Inc. for failure to comply with Fed. R. Civ. P. 56(c)(4). In the alternative, Walgreen Co. moves this Court to disqualify counsel pursuant to L.R. 83.50 and American Bar Association Model Rule 3.7. The bases for this motion are more fully set forth in the accompanying Memorandum in Support.

Dated: October 18, 2024

                                                                     Respectfully submitted,

                                                                      **WALGREEN CO.**

                                                      By:    /s/ Robert M. Andalman
                                                                           One of its Attorneys

Robert M. Andalman (ARDC No. 6209454)
Rachael Blackburn (ARDC No. 6277142)
William Norman (ARDC No. 6335298)
**A&G LAW, LLC**
542 South Dearborn, 10th Floor
Chicago, IL 60605
Telephone: (312) 348-7629
Facsimile: (312) 341-0700

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, hereby certify that on October 18, 2024, I caused to be electronically filed the foregoing **WALGREEN CO.'S MOTION TO STRIKE THE DECLARATION OF WILLIAM DUNNEGAN OR, IN THE ALTERNATIVE, TO DISQUALIFY DUNNEGAN AS COUNSEL IN THIS CASE**, a true and correct copy of which will be served via the Court's EF/ECM system on all parties of record.

/s/ Robert M. Andalman