## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Zeikos Inc.

                        Plaintiff,

v.                                                      Case No.: 1:23−cv−00303
                                                        Honorable Virginia M. Kendall

Walgreen Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

        MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter coming before the Court on Plaintiff Zeikos's opposed motion to compel additional Rule 30(b)(6) testimony [Dkt [253] (sealed) / Dkt. [254] (unsealed)], that motion is DENIED for the reasons enumerated in Defendant Walgreen Co's response in opposition [Dkt. [264] at 4−15 (sealed) / Dkt. [265] at 4−15 (unsealed)] (and notably its citations to Bergstrom, Inc. v. Glacier Bay, Inc., No. 08−cv50078, 2010 WL 3516190 (N.D. Ill. Aug. 31, 2010) and Catenacci v. Lightfoot, No. 21−cv−2852, 2022 WL 888383 (N.D. Ill. Jan. 24, 2022) as well as the fact Zeikos failed to cite any case law in the entirety of its motion in support of any of its arguments (see in particular the case law cited at[Dkt. [264] at 9 (sealed) / Dkt. [265] at 9 (unsealed)] ). The parties' joint status report remains due 3/18/2025. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.