IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ZEIKOS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00303 |
| | ) | |
| v. | ) | Hon. Virginia M. Kendall |
| | ) | |
| WALGREEN CO., | ) | Hon. Keri L. Holleb Hotaling, Magistrate |
| | ) | Judge |
| Defendant. | ) | |

## WALGREEN CO.'S MOTION FOR SANCTIONS

Defendant Walgreen Co., by its undersigned counsel, respectfully moves this Court to impose sanctions, pursuant to Fed. R. Civ. P. 37(d), for Plaintiff Zeikos, Inc.'s violation of this Court's Order to produce a knowledgeable corporate representative for deposition on the subject of its damages, as also required by Fed. R. Civ. P. 30(b)(6), and its attempt to substitute its counsel's script (PX 578) for the witness's testimony. Walgreen Co. seeks limited sanctions tailored to Zeikos' misconduct, specifically that the Court: (1) strike the portion of the witness's testimony in which she merely read PX 578; (2) bar Zeikos' reliance in this case on PX578 or the contents thereof; and (3) limit Zeikos' evidence on damages to what is disclosed in Zeikos' third Rule 26 disclosures and the witness's direct testimony. The bases for this motion are more fully set forth in the accompanying Memorandum in Support.

Dated: September 4, 2025

Respectfully submitted,

**WALGREEN CO.**

By:   /s/ Robert M. Andalman
       One of its Attorneys

Robert M. Andalman (ARDC No. 6209454)
Rachael Blackburn (ARDC No. 6277142)
William Norman (ARDC No. 6335298)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington Street, Suite 2800
Chicago, IL 60606
Tel.: (312) 3755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com
wnorman@agdglaw.com

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, hereby certify that on September 4, 2025, I caused to be electronically filed the foregoing ***WALGREEN CO.'S MOTION FOR SANCTIONS***, true and correct copies of which will be served via the Court's EF/ECM system on all parties of record.

    /s/ Robert M. Andalman